01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  TRUNG DINH PHAN,                    )
                                        )   CASE NO.    C11-1116-RSM-MAT
09          Petitioner,                 )              (CR10-027-RSM)
                                        )
10          v.                          )
                                        )   ORDER STRIKING MOTION AND
11  UNITED STATES OF AMERICA,           )   GRANTING LEAVE TO REFILE
                                        )
12          Respondent.                 )
    _____ )
13

14          On July 21, 2011, respondent filed a Motion for Order Directing Waiver of

15  Attorney-Client Privilege.  (Dkt. 6.).  The motion is deficient in three ways: 1) it did not

16  include a noting date within the caption, 2) an incorrect noting date was placed on the electronic

17  docket, and 3) the Certificate of Service (Dkt. 6, at 5) is inadequate for service on an

18  incarcerated, *pro se* petitioner.   The Court discusses in detail the deficiencies below.

19  / / /

20  / / /

21  / / /

22  / / /

ORDER STRIKING MOTION
AND GRANTING LEAVE TO REFILE
PAGE -1

01    Local Rule CR 7(b)(1) states in pertinent part that:

02    All motions shall include in the caption (immediately below the title of the
      motion) the date the motion is to be noted for consideration upon the court's
03    motion calendar. See CR 7(d) for scheduling motions and briefing deadlines.
      The form for this notation shall be as follows:
04
      NOTE ON MOTION CALENDAR: [insert date noted for consideration] . . . .
05

06    The Court has reminded the U.S. Attorney's Office in previous cases that this provision is

07    especially important in cases involving incarcerated *pro se* plaintiffs/petitioners, who do not

08    have access to the electronic filing system (CM/ECF) and thus do not receive notification of the

09    noting date.   The only notification that a *pro se* prisoner receives is via the caption.   Given the

10    omission of a noting date in the caption, petitioner cannot receive proper notification of the

11    noting date.

12        Respondent also placed an incorrect noting date on the Court's electronic calendar,

13    noting this motion for two Fridays after filing, instead of three.   The final sentence of

14    CR 7(d)(2) directs that:

15    All motions filed in a case in which a party is under civil or criminal
      confinement shall be subject to the briefing schedule under Rule 7(d)(l) or
16    7(d)(3), not this subsection.

17    In this instance, since the motion is not stipulated and the petitioner is incarcerated, it must be

18    noted pursuant to CR 7(d)(3), which requires a noting date of three Fridays after filing, not two.

19        Finally, the Certificate of Service attached to this motion states as follows:

20    I hereby certify that on July 21, 2011, I electronically filed the foregoing with
      the Clerk of the Court using the CM/ECF system which will send notification of
21    such filing to the attorney(s) of record for the defendant(s). *I hereby certify that I
      have served the attorney(s) of record for the defendant(s) that are non CM/ECF*
22    *participants via telefax.*

ORDER STRIKING MOTION
AND GRANTING LEAVE TO REFILE
PAGE -2

01 (Dkt. 6, at 5 (emphasis added).)   Until penal institutions permit service via fax or electronic

02 means, the only reliable means of serving an unrepresented prisoner is via U.S. Mail.

03        The Court STRIKES respondent's motion and grants respondent leave to REFILE a

04 corrected motion within seven (7) days of the date of this Order.   Given the motion's subject

05 matter, the Court will also entertain, if necessary, the government's properly supported motion

06 for a limited extension of time to file an answer to the petitioner's 28 U.S.C. § 2255 motion.

07        DATED this <u>25th</u> day of July, 2011.


09 _____
   Mary Alice Theiler
10 United States Magistrate Judge