THE HON. RICARDO S. MARTINEZ
THE HON. MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRUNG DINH PHAN,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CAUSE NO. C11-1116 RSM-MAT
(CR 10-027 RSM)

[~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR STATUS REPORT

THIS MATTER having come on for hearing upon the UNOPPOSED MOTION TO CONTINUE DATE FOR PARTIES TO FILE JOINT STATUS REPORT, and the Court having considered the motion and the file, now, therefore,

IT IS ORDERED that the deadline for filing the joint status report is continued from October 26, 2011, to November 28, 2011.

DONE THIS <u>13th</u> day of October 2011.

                */s/ Mary Alice Theiler*
                Mary Alice Theiler
                United States Magistrate Judge

[~~PROPOSED~~] ORDER EXTENDING
DEADLINE FOR STATUS REPORT- Page 1

Law Office of Neil Fox, PLLC
Market Place One, Suite 330
2003 Western Avenue
Seattle, Washington 98121
206-728-5440